UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OPTICOMP CORPORATION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SCOTTSDALE INDEMNITY COMPANY, DOES I through X, inclusive<br><br>　　　　　Defendant. | CASE NO.: 3:10-cv-00775-RCJ-RAM<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Plaintiff, OptiComp Corporation, and Defendant, Scottsdale Indemnity Company, parties hereto, by and through their respective counsel, Law Offices of Curtis B. Coulter, P.C., for Plaintiff, and Hall Jaffe & Clayton, LLP, for Defendant, that this

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

matter be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this __26th__ day of May, 2011.    DATED this 26th day of May, 2011.

LAW OFFICES OF CURTIS B. COULTER, P.C.    HALL JAFFE & CLAYTON, LLP

By /s/ C. Coulter via email 5/26/11        By _____
Curtis B. Coulter, Esq.                    Riley A. Clayton, Esq.
Nevada Bar No. 003573                      Nevada Bar No. 005260
403 Hill Street                            7455 W. Washington Ave., Suite 460
Reno, Nevada 89501                         Las Vegas, Nevada 89128
Attorney for Plaintiff                     Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

Dated 06/07/2011

_____
UNITED STATES DISTRICT COURT JUDGE

2